A.K. Abraham, State Bar No. 86870
Law Offices of Alexander K. Abraham
1056 Windjammer Circle
Foster City, CA 94404-3057

Telephone No.: 650.348.7700
Fax No.:        650.348.7750
E-Mail Address: mediatr@pacbell.net

Attorney for Plaintiff
    YOLANDA JAIME

Kevin D. Reese, State Bar No. 172992
Foster & Associates
610 16th Street, Suite 310
Oakland, CA 94612-

Telephone No.: 510.763.1900
Fax No.:        510.763.5952
E-Mail Address: kreese@fosterlaborlaw.com

Attorney for Defendant
    LSG SKY CHEFS (properly named SKY CHEFS, INC. dba
                   LSG SKY CHEFS USA, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YOLANDA JAIME, | ) | CASE NO. C 05-05317 TEH |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| v. | ) | Action Filed: December 22, 2005 |
| LSG SKY CHEFS, | ) | Trial Date: Not Yet Set |
| Defendant. | ) | Before the Honorable Thelton E. Henderson |
| | ) | [Fed.R.Civ.P. 41] |

**COMES NOW** plaintiff YOLANDA JAIME and defendant LSG SKY CHEFS (properly named Sky Chefs, Inc. doing business as LSG Sky Chefs), by and through their respective counsel of record, and hereby,

///

///

STIPULATION OF DISMISSAL /1

**STIPULATE** to the dismissal of the above-captioned action, with prejudice, as to all parties and claims.

DATED this 9th day of July 2007.

| LAW OFFICES OF ALEXANDER K. ABRAHAM | FOSTER & ASSOCIATES |
|---|---|
| By: _____ <br> A.K. Abraham <br> Attorney for **YOLANDA JAIME** | By: _____ <br> Kevin D. Reese <br> Attorney for **LSG SKY CHEFS** <br> (properly named **Sky Chefs, Inc.** doing business as **LSG Sky Chefs**) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Thelton E. Henderson

07/19/07

STIPULATION OF DISMISSAL /2